1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th Floor
6      San Francisco, CA 94102
       Telephone: 415.436.7324
7      Facsimile:  415.436.6748
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12  UNITED STATES OF AMERICA,            )   CV No. 08 3093
                                         )
13              Plaintiff,               )
                                         )
14         v.                            )   PUBLIC NOTICE OF FORFEITURE
                                         )   ACTION
15  1.  REAL PROPERTY AND                )
        IMPROVEMENTS IDENTIFIED BY       )
16      MENDOCINO COUNTY APN 051-290-04, )
        051-300-02, 051-310-01, 051-320-01; )
17                                       )
    2.  REAL PROPERTY AND                )
18      IMPROVEMENTS IDENTIFIED BY       )
        MENDOCINO COUNTY APN 051-180-08, )
19      051-190-05, 052-010-01, 052-010-02, 052- )
        010-03, 052-010-09, 052-010-14, 052-010- )
20      15, 052-010-16, 052-010-17 AND   )
        HUMBOLDT COUNTY APN 222-024-     )
21      003, 222-025-003;                )
                                         )
22  3.  REAL PROPERTY AND                )
        IMPROVEMENTS IDENTIFIED BY       )
23      MENDOCINO COUNTY APN 051-180-09, )
        051-180-10.                      )
24                                       )
                Defendants.              )
25  _____)

26     A civil complaint seeking forfeiture pursuant to Title 21, United States Code, Section

27  § 881(a)(7) was filed on June 26, 2008 in the United States District Court for the Northern

28  District of California by the United States of America, plaintiff, against the *in rem* defendant

    parcels of real property and improvements ("real properties").

1. In order to contest forfeiture of the *in rem* defendant real properties, any person who asserts an interest in or right against the real properties must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier. Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

2. An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.

3. Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Susan B. Gray, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6/26/08

SUSAN B. GRAY
Assistant United States Attorney