JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:   415.436.6748
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CV 08-3093 WHA |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| 1. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-290-04, 051-300-02, 051-310-01, 051-320-01; | |
| 2. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17 AND HUMBOLDT COUNTY APN 222-024-003, 222-025-003; | |
| 3. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09, 051-180-10. | |
| Defendants. | |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of :

1. Government Complaint for Forfeiture;

2. Public Notice of Forfeiture Action;

4. Initial Case Management Scheduling Order;

5. Supplemental Order;

6. Notice of Availability of a Magistrate Judge;

7. Consenting to a Magistrate Judge's Jurisdiction;

8. ECF Registration Information Handout;

9. Booklet Entitled "Dispute Resolution Procedures in the Northern District of California

to be served via certified mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Ann C. Moorman, Esq.<br>Law Offices of Ann C. Moorman<br>308 S. School Street<br>Ukiah, CA  95482<br>(Attorney for Sayers) | Robert Juan, CEO & CFO<br>Lost Paradise Land Corporation<br>1013 Toth Road<br>Whitethorn, CA 95589 |
| David Riemensheider, Esq.<br>P.O. Box N<br>Ukiah, CA 95482-2890<br>(Attorney for Falk) | C. Robert Barnum,<br>Agent for Process of Service<br>Barnum Timber Company<br>4441 Fairway Drive<br>Eureka, CA 95501 |
| Eddie L. & Diana L. Mendes<br>517 Penny Lane<br>Fortuna, CA 95540 | Graeson Prescott<br>P.O. Box 204<br>Whitethorn, CA 95589 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of July, 2008, at San Francisco, California.

Dated: _____
ALICIA CHIN
Paralegal/ AFU

Complaint for Forfeiture
C 08 -                                              2

VERIFICATION

I, Kevin J. Caramucci, state as follows:

    1.     I am a Special Agent with the Internal Revenue Service and I am familiar with the facts, and the investigation leading to the filing of this Complaint for Forfeiture.

    2.     I have read the Complaint and believe the allegations contained in it to be true.

\*   \*   \*   \*   \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of June, 2008, in _____, California.

                                    _____
                                    Kevin J. Caramucci
                                    Special Agent
                                    Internal Revenue Service