ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 94582
Telephone: 707-462-1844
Facsimile: 707-468-0522

Attorney for Claimants
PAUL SAYERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09 and APN 051-180-10.<br><br>            Defendants. | Case No. CV 08-3093 WHA<br><br>NOTICE OF APPEARANCE |

Ann C. Moorman, hereby sets forth her appearance as counsel for Claimant Paul Sayers in the above-entitled action. Counsel's mailing address and telephone information is set forth above.

Dated: July 21, 2008                    Respectfully submitted,

                                      LAW OFFICES OF ANN C. MOORMAN


                              By:     /s/ Ann C. Moorman
                                       ANN C. MOORMAN
                                       Attorney for Claimant Paul Sayers

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF PERSONAL SERVICE

UNITED STATES v. REAL PROPERTY MENDOCINO COUNTY APN 051-180-09, *et al.*
Case No. CV 08-3093 WHA

I declare that I am over eighteen years of age, a citizen of the United States, and not a party to the within action. I am employed in the County of Mendocino, State of California, by the Law Offices of Ann C. Moorman, 308 South School Street, Ukiah, California 95482.

On this date the I served a copy of the foregoing *NOTICE OF APPEARANCE* on each party in this action by causing said copies thereof to be placed in a sealed envelope with first class postage, fully prepaid, in the United States mail at Ukiah, California to the address as set forth below:

> AUSA Susan B. Gray
> United States Attorney's Office
> Northern District of California
> 450 Golden Gate Avenue, 10th Flr., Box 36055
> San Francisco, California 954102

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of July, 2008 at Ukiah, California.

/s/ Shelly Smith

NOTICE OF APPEARANCE