1  ANN C. MOORMAN (CSB 130144)
   LAW OFFICES OF ANN C. MOORMAN
2  308 S. School Street
   Ukiah, California 94582
3  Telephone:  707-462-1844
   Facsimile:   707-468-0522
4

5  Attorney for Claimants
   PAUL SAYERS
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) Case No.  CV 08-3093 WHA
                                     )
12 |          Plaintiff,              )
             v.                       ) VERIFIED STATEMENT OF
13 |                                  ) INTEREST IN REAL PROPERTY
   | REAL PROPERTY AND IMPROVEMENTS  )
14 | IDENTIFIED BY MENDOCINO COUNTY  )
   | APN 051-180-08, APN 051-180-09 and )
15 | APN 051-180-10, *et al.*          )
                                     )
16 |          Defendants.             )
   |_____)
17
           Pursuant to 18 U.S.C. §983(a)(4)(A) and pursuant to Rule C of the Supplemental Rules for
18
   Certain Admiralty and Maritime Claims, Paul Sayers herein asserts his right to defend against the
19
   above-referenced action.  Claimant Paul Sayers has a legal interest in the defendant Real Property
20
   identified as Mendocino County parcel numbers APN 051-180-08, APN 051-180-09 and APN 051-
21
   180-10 as he is the owner of record of these defendant properties.
22
   Dated: July 21, 2008                      Respectfully submitted,
23
                                             LAW OFFICES OF ANN C. MOORMAN
24

25
                                             By:      /s/ Ann C. Moorman
26                                                 ANN C. MOORMAN
                                                   Attorney for Claimant Paul Sayers
27

28

VERIFIED STATEMENT OF
INTEREST IN REAL PROPERTY

## VERIFICATION

UNITED STATES v. REAL PROPERTY MENDOCINO COUNTY APN 051-180-09, *et al.*
Case No. CV 08-3093 WHA

I, PAUL SAYERS declare as follows:

I have read the foregoing Verified Statement of Interest of Real Property and know the contents thereof. The contents of said Statement are true of my own knowledge, except as to those matters which are stated therein upon my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct, and that this Verification was executed this 21st day of July, 2008 at UKIAH, California.

*Paul Sayers*
PAUL SAYERS

VERIFIED STATEMENT OF
INTEREST IN REAL PROPERTY

PROOF OF PERSONAL SERVICE

UNITED STATES v. REAL PROPERTY MENDOCINO COUNTY APN 051-180-09, *et al.*
Case No. CV 08-3093 WHA

I declare that I am over eighteen years of age, a citizen of the United States, and not a party to the within action. I am employed in the County of Mendocino, State of California, by the Law Offices of Ann C. Moorman, 308 South School Street, Ukiah, California 95482.

On this date the I served a copy of the foregoing *VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY* on each party in this action by causing said copies thereof to be placed in a sealed envelope with first class postage, fully prepaid, in the United States mail at Ukiah, California to the address as set forth below:

> AUSA Susan B. Gray
> United States Attorney's Office
> Northern District of California
> 450 Golden Gate Avenue, 10th Flr., Box 36055
> San Francisco, California 954102

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22st day of July, 2008 at Ukiah, California.

/s/ Shelly Smith

VERIFIED STATEMENT OF
INTEREST IN REAL PROPERTY