1  STEPHEN F. JOHNSON, SBN 205244
   MANNON, KING AND JOHNSON
2  200 North School Street, Suite 304
   Post Office Box 419
3  Ukiah, California 95482
   Telephone: (707) 468-9151
4  Facsimile: (707) 468-0284

5  Attorneys for Claimant
   Barnum Timber Company
6

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-290-04, 051-300-02, 051-310-01, 051-320-01;<br><br>  Defendant. | Case No. CV 08-3093 WHA<br><br>NOTICE OF APPEARANCE |

   Stephen F. Johnson, hereby sets forth his appearance as counsel for Claimant Barnum Timber Company in the above-entitled action. Counsel's mailing address and telephone information is set forth above.

Dated: July 28, 2008

Stephen F. Johnson, Esq.
Attorney for Claimant
Barnum Timber Company

Notice of Apperance                    1

## PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Mendocino, State of California, where this service occurs. I am over the age of eighteen years and not a party to the within action. My business address is Law Office of Mannon, King and Johnson, Post Office Box 419, Ukiah, California 95482.

On **July 28, 2008** I served the attached foregoing document, namely, Notice of Appearance on the individual(s) listed below:

**X** (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. mail at Ukiah, California.

___ (BY FAX) by transmitting the document(s) listed above via facsimile from (707)468-0284

___ (BY OVERNIGHT DELIVERY) I forwarded the document(s) listed above via prepaid Federal Express delivery from Ukiah, California.

___ (BY PERSONAL SERVICE) I personally hand-delivered the document(s) listed above to the individuals whose name and addresses are set forth below.

**AUSA Susan B. Gray**
**United States Attorney's Office**
**Northern District of California**
450 Golden Gate Avenue, 10th Fl, Box 36055
San Francisco, CA 954102

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on **July 28, 2008**, in Ukiah, California.

_____
Gretchen Anderson
Legal Assistant