1  STEPHEN F. JOHNSON, SBN 205244
   MANNON, KING AND JOHNSON
2  200 North School Street, Suite 304
   Post Office Box 419
3  Ukiah, California 95482
   Telephone: (707) 468-9151
4  Facsimile: (707) 468-0284

5  Attorneys for Claimant
   Barnum Timber Company

6

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08-3093 WHA |
| Plaintiff, | |
| v. | VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY |
| REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-290-04, 051-300-02, 051-310-01, 051-320-01; | |
| Defendant. | |

Pursuant to 18 U.S.C. §983(a)(4)(A) and pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Barnum Timber Company herein asserts its right to defend against the above-referenced action. Claimant Barnum Timber Company has a legal interest in the defendant "Real Property" identified as Mendocino County parcel numbers APN 051-290-04, APN 051-300-02, APN 051-310-01, APN 051-320-01 as it is the beneficiary of a deed of trust recorded against the Real Property.

Dated: July 29, 2008

Stephen F. Johnson, Esq.
Attorney for Claimant
Barnum Timber Company

verified statement of
interest in real property                1

## VERIFICATION

UNITED STATES V. REAL PROPERTY MENDOCINO COUNTY APN 051-108-09, et al. Case No. CV 08-3093 WHA

I, C. Robert Barnum declare as follows:

I am the ~~President~~ *GENERAL PARTNER* of Barnum Timber Company. I have read the foregoing Verified Statement of Interest of Real Property and know the contents thereof. The contents of said Statement are true of my own knowledge, except as to those matters which are stated therein upon my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this Verification was executed this 25 day of July, 2008 at Eureka, California.

C. Robert Barnum, *General Partner*
Barnum Timber Company,
*A California Limited Partnership*

verified statement of
interest in real property                2

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Mendocino, State of California, where this service occurs. I am over the age of eighteen years and not a party to the within action. My business address is Law Office of Mannon, King and Johnson, Post Office Box 419, Ukiah, California 95482.

On **July 28, 2008** I served the attached foregoing document, namely, **Verified Statement of Interest in Real Property** on the individual(s) listed below:

**X** (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. mail at Ukiah, California.

___ (BY FAX) by transmitting the document(s) listed above via facsimile from (707)468-0284

___ (BY OVERNIGHT DELIVERY) I forwarded the document(s) listed above via prepaid Federal Express delivery from Ukiah, California.

___ (BY PERSONAL SERVICE) I personally hand-delivered the document(s) listed above to the individuals whose name and addresses are set forth below.

**AUSA Susan B. Gray**
**United States Attorney's Office**
**Northern District of California**
**450 Golden Gate Avenue, 10th Fl, Box 36055**
**San Francisco, CA 954102**

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on **July 28, 2008**, in Ukiah, California.

_____
Gretchen Anderson
Legal Assistant