**U.S. Department of Justice**
**United States Marshals Service**

JD15K-3

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| USA | CV08-3093WHA |
| DEFENDANT | TYPE OF PROCESS |
| Real Property and improvements in Mendocino | Lis Pendens |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mendocino Co Recorder

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

501 Low Gap Rd Ukiah

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Record Lis Pendens w/ Recorder
Lost Paradise Land Co
② JD15-3   ⓑ JD15-2   ③ JD15-3 (Descaths-M)
08-FBI-002592 (LPLC), 08-FBI-002891 (CCLC), 08-FBI-002893

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk WSAO | Date 6/26/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

MARIANNE

Address (complete only if different than shown above)

501 LOWGAP RD.
UKIAH, CA. 95482

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

| Date of Service | Time | ☑ am ☐ pm |
|---|---|---|
| 6-27-08 | 10:45 | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 180.00 | 158.57 | | 575.57 | | | |

REMARKS: Recording fees $237.00   4 hrs Service
314 miles RT

Conformed copy DOC 2008-09222, 2008-09221, 2008-0092220 recorded 6/27/08.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

CONFORMED COPY
Copy of Document Recorded on
06/27/2008 10:50:59 AM
as 2008-09221
Mendocino County Clerk-Recorder

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th Floor
6      San Francisco, CA 94102
       Telephone: 415.436.7324
7      Facsimile:  415.436.6748
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America

9
                    UNITED STATES OF AMERICA
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 | UNITED STATES OF AMERICA,                    )  Case No.   CV 08-3093 WHA
                                                  )
13 |                                              )
                Plaintiff,                        )
14 |                                              )
           v.                                     )  NOTICE OF PENDENCY OF ACTION
15 |                                              )  (LIS PENDENS)
                                                  )
16 | 1. REAL PROPERTY AND IMPROVEMENTS            )
     IDENTIFIED BY MENDOCINO COUNTY APNs          )
17 | 051-290-04, 051-300-02, 051-310-01, 051-320-01; )
     08-F81-00289                                 )
18 | 2. REAL PROPERTY AND IMPROVEMENTS            )
     IDENTIFIED BY MENDOCINO COUNTY APNs          )
19 | 051-180-08, 051-190-05, 052-010-01, 052-010-02, )
     052-010-03, 052-010-09, 052-010-14, 052-010-15, )
20 | 052-010-16, 052-010-17; AND HUMBOLDT         )
     COUNTY APNs 222-024-003, 222-025-003; and    )
21 |                                              )
     3. REAL PROPERTY AND IMPROVEMENTS            )
22 | IDENTIFIED BY MENDOCINO COUNTY APNs          )
     051-180-09, 051-180-10.                      )
23 |                                              )
                                                  )
24 |            Defendants.                       )
     _____  )
25
         NOTICE IS HEREBY GIVEN that the United States has filed a Complaint to secure the judicial
26
   forfeiture of real property and improvements identified as Mendocino County APNs 051-290-04, 051-
27
   300-02, 051-310-01, 051-320-01, which is further described in Exhibit A to this notice.
28