# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*JDISK-3*

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF *USA*

COURT CASE NUMBER *CV08-3093WHA*

DEFENDANT *Real Property and Improvements in Mendocino*

TYPE OF PROCESS *Lis Pendens*

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
*Mendocino Co Recorder*

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
*501 Low Gap Rd Ukiah*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

*Record Lis Pendens w/ Recorder*
*Lost Paradise Land Co*
② *JD153  08-FBI-002892 (LPLC)*  ① *JD152  08-FBI-002891 (CCC)*  ③ *(DrescoffJs...) JD153  08-FBI-002893*

Signature of Attorney or other Originator requesting service on behalf of:
☐ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER | DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. *LL* | No. *11* | *WS...* | *6/26/08* |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
*MARIANAIS*

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
*501 LOWGAP RD.*
*UKIAH, CA. 95482*

Date of Service *6-27-08* | Time *1045* ⊙ am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| *180⁰⁰* | *158.57* | | *575.57* | | | |

REMARKS: *Recording fees $237⁰⁰    4 hrs service    314 miles RT*

Conformed copy DOC 2008-09222, 2008-09221, 2008-0092220 recorded 6/27/08.

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)



JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.6748
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

CONFORMED COPY
Copy of Document Recorded on
06/27/2008 10:50:59 AM
as 2008-09220
Mendocino County Clerk-Recorder

UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  CV 08-3093 WHA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF PENDENCY OF ACTION |
| | ) | (LIS PENDENS) |
| 1. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APNs 051-290-04, 051-300-02, 051-310-01, 051-320-01; | ) ) ) | |
| 2. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APNs 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17; AND BY HUMBOLDT COUNTY APNs 222-024-003, 222-025-003; and *08-FOI- 00 2572* 3. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APNs 051-180-09, 051-180-10. | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

    NOTICE IS HEREBY GIVEN that the United States has filed a Complaint to secure the judicial

forfeiture of real property and improvements identified as Mendocino County APNs 051-180-08, 051-

190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-