**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: USA | COURT CASE NUMBER: CV08-3093 WHA |
| DEFENDANT: Lost Paradise Land Corp | TYPE OF PROCESS: Lis Pendens |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Humboldt County Recorder

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 826 4th St Eureka, CA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Record Lis Pendens w/ Recorder

08-FDI-002892

Signature of Attorney or other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER:   DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 11 | District to Serve No. 11 | Signature of Authorized USMS Deputy or Clerk: WB/AE | Date: 6/26/08 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Kristin L.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 6/26/08   Time: 1430 pm

Signature of U.S. Marshal or Deputy: WB/AE

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 5.00 | | 139.00 | | | |

REMARKS: Recording Fees 89.00

Conformed Copy DOC 2008-15785-28 recorded 6/26/08.

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

Case 3:08-cv-03093-WHA   Document 14   Filed 07/30/2008   Page 2 of 2

```
2008-15785-28
Recorded — Official Records
Humboldt County, California
Carolyn Crnich, Recorder
Recorded by US MARSHALS OFFICE
Rec Fee                    88.00
Clerk: KL    Total:        88.00
      Jun 26, 2008 at 14:23
         CONFORMED COPY
```

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney

5
6  450 Golden Gate Avenue, 9th Floor
   San Francisco, CA 94102
7  Telephone: 415.436.7324
   Facsimile:  415.436.6748
8  Email: susan.b.gray@usdoj.gov

   Attorneys for United States of America

9              UNITED STATES OF AMERICA
10         NORTHERN DISTRICT OF CALIFORNIA

11
12 UNITED STATES OF AMERICA,              )  Case No. CV 08-3093 WHA
                                          )
13                 Plaintiff,             )
                                          )
14       v.                               )  NOTICE OF PENDENCY OF ACTION
                                          )  (LIS PENDENS)
15                                        )
16 1. REAL PROPERTY AND IMPROVEMENTS      )
   IDENTIFIED BY MENDOCINO COUNTY APNs    )
17 051-290-04, 051-300-02, 051-310-01, 051-320-01; )
                                          )
18 2. REAL PROPERTY AND IMPROVEMENTS      )
   IDENTIFIED BY MENDOCINO COUNTY APNs    )
19 051-180-08, 051-190-05, 052-010-01, 052-010-02, )
   052-010-03, 052-010-09, 052-010-14, 052-010-15, )
20 052-010-16, 052-010-17; AND BY HUMBOLDT )
   COUNTY APNs 222-024-003, 222-025-003; and )
21   08-101-002892                        )
                                          )
22 3. REAL PROPERTY AND IMPROVEMENTS      )
   IDENTIFIED BY MENDOCINO COUNTY APNs    )
23 051-180-09, 051-180-10.                )
                                          )
24                 Defendants.            )

25   NOTICE IS HEREBY GIVEN that the United States has filed a Complaint to secure the judicial

26 forfeiture of real property and improvements identified as Mendocino County APNs 051-180-08, 051-

27 190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-

28