JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

   450 Golden Gate Avenue, 9th Floor
   San Francisco, CA 94102
   Telephone: 415.436.7324
   Facsimile:   415.436.6748
   Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   CV 08-3093 WHA |
|             Plaintiff, | |
|             v. | NOTICE OF FORFEITURE ACTION |
| 1.  REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-290-04, 051-300-02, 051-310-01, 051-320-01; | |
| 2.  REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17 AND HUMBOLDT COUNTY APN 222-024-003, 222-025-003; | |
| 3.  REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09, 051-180-10. | |
|             Defendants. | |

///

1  An amended civil complaint seeking forfeiture pursuant to Title 21, United States
2  Code, Section § 881 was filed on July 29, 2008 in the United States District Court for the
3  Northern District of California by the United States of America, plaintiff, against the *in rem*
4  defendant property.

5  In order to contest forfeiture of the *in rem* defendant property, any person who asserts an
6  interest in or right against the property must file a verified statement identifying the interest or
7  right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the
8  Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days
9  after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.
10  Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule
11  12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.

12  An agent, bailee or attorney must state the authority to file a statement of interest or right
13  against the property on behalf of another.

14  Statements of interest and answers should be filed with the Office of the Clerk, United States
15  District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San
16  Francisco, California 94102, and copies should be served on Susan B. Gray, Assistant United
17  States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:  July 30, 2008                   /S/
                                    SUSAN B. GRAY
                                    Assistant United States Attorney