1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 9th Floor
6       San Francisco, CA 94102
        Telephone: 415.436.7324
7       Facsimile:   415.436.6748
        Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )   No.    CV 08-3093 WHA
                                       )
14                  Plaintiff,         )
                                       )
15          v.                         )   CERTIFICATE OF SERVICE
                                       )
16  1.  REAL PROPERTY AND              )
    IMPROVEMENTS IDENTIFIED BY         )
17  MENDOCINO COUNTY APN 051-290-04,   )
    051-300-02, 051-310-01, 051-320-01;)
18                                     )
    2.  REAL PROPERTY AND              )
19  IMPROVEMENTS IDENTIFIED BY         )
    MENDOCINO COUNTY APN 051-180-08,   )
20  051-190-05, 052-010-01, 052-010-02, 052-010- )
    03, 052-010-09,  052-010-14, 052-010-15, 052- )
21  010-16, 052-010-17 AND HUMBOLDT    )
    COUNTY APN  222-024-003, 222-025-003; )
22                                     )
    3. REAL PROPERTY AND IMPROVEMENTS)
23  IDENTIFIED BY MENDOCINO COUNTY     )
    APN 051-180-09, 051-180-10.        )
24                                     )
                    Defendants.        )
25                                     )

26       The undersigned hereby certifies that she is an employee in the Office of the United

27  States Attorney and is a person of such age and discretion to be competent to serve papers.  The

28  undersigned further certifies that she caused a copy of :

1. • AMENDED COMPLAINT FOR FORFEITURE <u>IN REM</u>;
2. • NOTICE OF FORFEITURE ACTION; and
3. • NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

to be served via certified mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Robert Juan<br>P.O. Box 597<br>Whitethorn, CA 95589 | Robert Juan, CEO & CFO,<br>Agent for Service<br>Lost Paradise Land Corporation<br>1013 Toth Road<br>Whitethorn, CA 95589 |
| David Riemensheider, Esq.<br>P.O. Box N<br>Ukiah, CA 95482-2890<br>(Attorney for Falk) | Randall Falk, Agent for Service<br>Mendocino Investment Company<br>9757 West Road<br>Redwood Valley, CA 95470 |
| Jonathan R. Howden, Esq.<br>Thelen Reid Brown Raysman & Steiner LLP<br>101 2nd St Ste 1800<br>San Francisco, CA 94105<br>(Attorney for Eddie & Diana Mendes) | Eddie L. & Diana L. Mendes<br>517 Penny Lane<br>Fortuna, CA 95540 |
| Eugene Denson, Esq.<br>Box 158<br>Alder Point, CA 95511<br>(Attorney for Grayson Prescott) | Graeson Prescott<br>P.O. Box 204<br>Whitethorn, CA 95589 |

and to be served via electronic mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

| | |
|---|---|
| Ann C. Moorman, Esq.<br>Law Offices of Ann C. Moorman<br>308 S. School Street<br>Ukiah, CA  95482<br>(Attorney for Sayers) | Stephen F. Johnson<br>200 North School Street, Suite 304<br>P.O. Box 419<br>Ukiah, California, 95482<br>(Attorney for Barnum Timber Company) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of August, 2008, at San Francisco, California.

/S/
_____
ALICIA CHIN
Paralegal/ AFU

CERTIFICATE OF SERVICE
CV 08-3093 WHA

2