Eugene C. Denson, CSB 202415
POB 158
Alderpoint, Ca 95511
Phone: 707-923-4764
Fax: 707-926-5250
edenson@asis.com

Attorney for Claimants
GRAESON PRESCOTT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:,   CV 08-3093 WHA |
| Plaintiff, | |
| v. | VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY |
| REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09 and APN 051-180-10, *et al.* Defendants. | |

Pursuant to 18 U.S.C. §983(a)(4)(A) and pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Graeson Prescott herein asserts his right to defend against the above-referenced action. Claimant GRAESON PRESCOTT has a legal interest in the defendant Real Property identified as Mendocino County parcel numbers APN 051-180-08, APN 051-180-09 and APN 051-180-10 as he is the owner of record of these defendant properties.

Dated: August 10, 2008

Respectfully submitted,

EUGENE C. DENSON
Attorney for Claimant Graeson Prescottt

**VERIFICATION**

UNITED STATES v. SEAL PROPERTY MENDOCINO COUNTY APN 051-180-09, *et al*
Case No. CV 08-3093 WHA

I, GRAESON PRESCOTT declare as follows:

I have read the foregoing Verified Statement of Interest of Real Property and know the contents thereof. The contents of said Statement are true of my own knowledge, except as to those matters which are stated therein upon my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct, and that this Verification was executed this day _10_ of August, 2008 at _Redway_ California

*/s/ Graeson Prescott*
GRAESON PRESCOTT