```
ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 94582
Telephone:  707-462-1844
Facsimile:   707-468-0522


Attorney for Claimants
PAUL SAYERS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, APN 051-180-09 and APN 051-180-10, *et al.*<br><br>　　　　Defendants. | Case No. CV 08-3093 WHA<br><br>VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY |

　　　　Pursuant to 18 U.S.C. §983(a)(4)(A) and pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, in response to the Amended Complaint for Forfeiture filed by Plaintiff July 29, 2008, Paul Sayers herein asserts his right to defend against the above-referenced action. Claimant Paul Sayers has a legal interest in the defendant Real Property identified as Mendocino County parcel numbers APN 051-180-08, APN 051-180-09 and APN 051-180-10 as he is the owner of record of these defendant properties or has a knowledgeable legal interest in said defendant properties.

Dated: August 7, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF ANN C. MOORMAN


　　　　　　　　　　　　　　　　By: 　/s/ Ann C. Moorman
　　　　　　　　　　　　　　　　　　　ANN C. MOORMAN
　　　　　　　　　　　　　　　　　　　Attorney for Claimant Paul Sayers

## **VERIFICATION**

UNITED STATES v. REAL PROPERTY MENDOCINO COUNTY APN 051-180-09, *et al.*
Case No. CV 08-3093 WHA

I, PAUL SAYERS declare as follows:

I have read the foregoing Verified Statement of Interest of Real Property and know the contents thereof. The contents of said Statement are true of my own knowledge, except as to those matters which are stated therein upon my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct, and that this Verification was executed this 7 day of August, 2008 at Shelter Cove, California.

_____
PAUL SAYERS

VERIFIED STATEMENT OF
INTEREST IN REAL PROPERTY

# PROOF OF PERSONAL SERVICE

UNITED STATES v. REAL PROPERTY MENDOCINO COUNTY APN 051-180-09, *et al.*
Case No. CV 08-3093 WHA

I declare that I am over eighteen years of age, a citizen of the United States, and not a party to the within action. I am employed in the County of Mendocino, State of California, by the Law Offices of Ann C. Moorman, 308 South School Street, Ukiah, California 95482.

On this date the I served a copy of the foregoing *VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY* on each party in this action by causing said copies thereof to be placed in a sealed envelope with first class postage, fully prepaid, in the United States mail at Ukiah, California to the address as set forth below:

>AUSA Susan B. Gray
>United States Attorney's Office
>Northern District of California
>450 Golden Gate Avenue, 10th Flr., Box 36055
>San Francisco, California 954102

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of August, 2008 at Ukiah, California.

/s/ Shelly Smith

VERIFIED STATEMENT OF
INTEREST IN REAL PROPERTY