Eugene C. Denson, CSB 202415
POB 158
Alderpoint, Ca 95511
Phone: 707-923-4764
Fax: 707-926-5250
edenson@asis.com

Attorney for Claimants
GRAESON PRESCOTT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:, CV 08-3093 WHA |
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE OF COUNSEL |
| REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09 and APN 051-180-10, *et al*.  Defendants. | |

Eugene C. Denson hereby sets forth his appearance as counsel for Claimaint GRAESON PRESCOTT in the above-entitled action. All further notice and copies of pleadings, papers, and other materials relevant to this action shall be served upon Counsel at the mailing or e-mail address indicated above. Counsel's telephone and fax are also above.

Dated: August 12, 2008

_____
EUGENE C. DENSON
Attorney for Claimant Graeson Prescottt

**PROOF OF SERVICE**

I am a citizen of the United States of America and am employed in the County of Humboldt, State of California, where this service occurs. I am over the age of 18 and not a party to the within action. My business address is Law Office of Eugene C. Denson, POB 158, Alderpoint, Ca 95511.

On **August 12, 2008** I served the attached foregoing document, namely, Notice of Appearance, on the individual (s) listed below:

____X__   (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. Mail at Alderpoint, California.

**AUSA Susan B. Gray**
**United States Attorney's Office**
**Northern District of California**
**450 Golden Gate Avenue, 10th Floor, Box 36055**
**San Francisco, Ca 94102**

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on **AUGUST 12, 2008**, in Alderpoint, California.

/s/

_____
Montgomery Calderwood
Legal Assistant.