1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 9th Floor
6      San Francisco, CA 94102
       Telephone: 415.436.7324
7      Facsimile: 415.436.6748
       Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9
                   UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              )   No.   CV 08-3093 WHA
                                            )
14 |               Plaintiff,                )   NOTICE OF POSTING OF PROPERTY
                                            )
15 |         v.                              )
                                            )
16 | 1. REAL PROPERTY AND                    )
   | IMPROVEMENTS IDENTIFIED BY              )
17 | MENDOCINO COUNTY APN 051-290-04,        )
   | 051-300-02, 051-310-01, 051-320-01;    )
18 |                                         )
   | 2. REAL PROPERTY AND                    )
19 | IMPROVEMENTS IDENTIFIED BY              )
   | MENDOCINO COUNTY APN 051-180-08,        )
20 | 051-190-05, 052-010-01, 052-010-02, 052-010- )
   | 03, 052-010-09, 052-010-14, 052-010-15, 052- )
21 | 010-16, 052-010-17 AND HUMBOLDT         )
   | COUNTY APN 222-024-003, 222-025-003;   )
22 |                                         )
   | 3. REAL PROPERTY AND IMPROVEMENTS )
23 | IDENTIFIED BY MENDOCINO COUNTY          )
   | APN 051-180-09, 051-180-10.             )
24 |                                         )
   |               Defendants.                )
25 |_____)

26

27
28  ///

I, Kevin J. Caramucci, an agent with the Internal Revenue Service, hereby state as follows:

On the 26th day of June, 2008, I posted a copy of the Government Notice of Pendency of Action (Lis Pendens), attached Complaint for Forfeiture on the defendant real properties and improvements described as:

1. Real Property and Improvements Identified by Mendocino County APN 051-290-04, 051-300-02, 051-310-01, 051-320-01;

2. Real Property and Improvements Identified by Mendocino County APN 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17;

3. Real Property and Improvements Identified by Humboldt County APN 222-024-003, 222-025-003; and

4. Real Property and Improvements Identified by Mendocino County APN 051-180-09, 051-180-10.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 31 day of July, 2008, at Santa Rosa, California.

Kevin J. Caramucci
Special Agent
Internal Revenue Service

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

- NOTICE OF POSTING OF PROPERTY

to be served via U.S. mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Robert Juan
PO Box 597
Whitethorn, CA 95589

James Bustamante, Esq.
Bustamante, Gilg, et. al.
809 Montgomery St., 2nd floor
San Francisco, CA, 94133
(Attorney for Donovan & Lynn Henry)

Robert Gary Butler
488 Eel River Lane
Redway, CA 95560

Redwood Trust Deed Services, Inc.
1260 N. Dutton Avenue, Suite 185
Santa Rosa, CA 95401

Barry Meyer, Esq.
131 Stoney Circle
Santa Rosa, CA 95401-9522
(Attorney for Mendocino Clearwater Corporation)

Barry Meyer, Esq.
131 Stoney Circle
Santa Rosa, CA 95401-9522
(Attorney for John & Judith Brown)

D.G. and Sydell Fowler
441 Par Avenue
Redway, CA 95560

Kenneth Barton & Gladys La June Swinnock
515 Hilltop Dr
Rio Dell, CA 95562-1413

and to be served via electronic mail upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Eugene Cowan Denson, Esq.
P.O. Box 158
Alderpoint, CA 95511
(Attorney for Syd & Barbara Green)

Eugene Cowan Denson, Esq.
P.O. Box 158
Alderpoint, CA 95511
(Attorney for Fowler Family Trust)

Ismail Jomo Ramsey
Ramsey & Ehrlich LLP
803 Hearst Avenue
Berkeley, CA 94710
(Attorney for Alisha Stone)

Stephen Johnson, Esq.
200 N. School Street, #304
Ukiah, CA 95482
(Attorney for Selzer Home Loans)

///

1 | Stephen Johnson, Esq.
200 N. School Street, #304
2 | Ukiah, CA 95482
(Attorney for Gary Button and Wendy Ann Fetzer)
3

4  I declare under penalty of perjury under the laws of the United States of America that the

5  foregoing is true and correct.

6  Executed this 15th day of August, 2008, at San Francisco, California.

7

8  Dated: August 15, 2008

_____
ALICIA CHIN
Paralegal/ AFU

NOTICE OF POSTING OF PROPERTY
CV 08-3080 EMC

2