| | |
|---|---|
| 1 | STEPHEN F. JOHNSON, SBN 205244 |
| | MANNON, KING AND JOHNSON |
| 2 | 200 North School Street, Suite 304 |
| | Post Office Box 419 |
| 3 | Ukiah, California 95482 |
| | Telephone: (707) 468-9151 |
| 4 | Facsimile:  (707) 468-0284 |

Attorneys for Claimant Barnum Timber Company

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. CV 08-3080 EMC |
| Plaintiff, | ) |
| | ) |
| v. | ) VERIFIED STATEMENT OF |
| | ) INTEREST IN REAL PROPERTY |
| REAL PROPERTY AND | ) |
| IMPROVEMENTS IDENTIFIED BY | ) |
| MENDOCINO COUNTY APN 051- | ) |
| 180-08, APN 051-180-09 and APN | ) |
| 051-180-10, et al. | ) |
| | ) |
| Defendants. | ) |

Pursuant to 18 U.S.C. §983(a)(4)(A) and pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, Barnum Timber Company, a California Limited Partnership, in response to Amended Complaint for forfeiture filed on July 29, 2008, herein asserts its right to defend against the above-referenced action. Claimant Barnum Timber Company has a legal interest in the defendant "Real Property" identified as Mendocino County parcel numbers APN 051-290-04, APN 051-300-02, APN 051-310-01 and APN 051-320-01 as it is the beneficiary of a deed of trust recorded against the Real Property.

Dated: August 18, 2008

/s/ Stephen F. Johnson
Stephen F. Johnson, Esq.
Attorney for Claimant
Barnum Timber Company

**VERIFICATION**

UNITED STATES V. REAL PROPERTY MENDOCINO COUNTY
APN 051-108-09, et al. Case No. CV 08-3093 WHA

I, C. Robert Barnum declare as follows:

I am the General Partner of Barnum Timber Company, a California Limited Partnership. I have read the foregoing Verified Statement of Interest of Real Property and know the contents thereof. The contents of said Statement are true of my own knowledge, except as to those matters which are stated therein upon my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct and that this Verification was executed this 18th day of August, 2008 at Eureka, California.

    /s/ C. Robert Barnum
C. Robert Barnum, General Partner
Barnum Timber Company,
A California Limited Partnership

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Mendocino, State of California, where this service occurs. I am over the age of eighteen years and not a party to the within action. My business address is Law Office of Mannon, King and Johnson, Post Office Box 419, Ukiah, California 95482.

On <u>August 18, 2008</u> I served the attached foregoing document, namely,

- CLAIMANT BARNUM TIMBER COMPANY'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT
- VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY

on the individual(s) listed below:

 X  (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. mail at Ukiah, California.

 ____ (BY FAX) by transmitting the document(s) listed above via facsimile from (707)468-0284

AUSA Susan B. Gray
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 10th Fl, Box 36055
San Francisco, CA 954102

Courtesy copy via Fed Ex:
Honorable William H. Alsup
United States District Court
450 Golden Gate Ave.., 16th Fl., Rm 1111
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on <u>August 18, 2008</u>, in Ukiah, California.

    /s/ Gretchen Anderson
    Gretchen Anderson
    Legal Assistant