1  STEPHEN F. JOHNSON, SBN 205244
   MANNON, KING AND JOHNSON
2  200 North School Street, Suite 304
   Post Office Box 419
3  Ukiah, California 95482
   Telephone: (707) 468-9151
4  Facsimile: (707) 468-0284

5  Attorneys for Claimant Barnum Timber Company

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, APN 051-180-09 and APN 051-180-10, et al.<br><br>              Defendants. | Case No. CV 08-3080 EMC<br><br>CLAIMANT BARNUM TIMBER COMPANY'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT |

Claimant Barnum Timber Company ("Claimant") answers plaintiff's amended complaint ("Complaint") filed on July 29, 2008, as follows:

### JURISDICTION

1. Paragraph 1 states a legal conclusion to which no response is required.

2. Paragraph 2 states a legal conclusion to which no response is required.

### PARTIES

3. Claimant admits paragraph 3.

4. Claimant admits paragraph 4(a). Claimant lacks information and belief sufficient to enable it to answer the allegations stated in paragraphs 4 subsections (b) and (c), and on that ground denies them.

## VENUE

5. Claimant admits paragraph 5.

## INTRADISTRICT ASSIGNMENT

6. Claimant admits paragraph 6.

## FACTS

7. Claimant incorporates its responses to paragraphs 1 through 6 as though fully set forth herein.

8. Claimant lacks information and belief sufficient to enable it to answer the allegations stated in paragraph 8, and on that ground denies them.

9. Claimant lacks information and belief sufficient to enable it to answer the allegations stated in paragraph 9, and on that ground denies them.

10. Claimant lacks information and belief sufficient to enable it to answer the allegations stated in paragraph 10, and on that ground denies them.

11. Claimant lacks information and belief sufficient to enable it to answer the allegations stated in paragraph 11, and on that ground denies them.

12. Claimant lacks information and belief sufficient to enable it to answer the allegations stated in paragraph 12, and on that ground denies them.

13. Claimant lacks information and belief sufficient to enable it to answer the allegations stated in paragraph 13, and on that ground denies them.

14. Claimant lacks information and belief sufficient to enable it to answer the allegations stated in paragraph 14, and on that ground denies them.

## CLAIM FOR RELIEF

15. Claimant incorporates its responses to paragraphs 1 through 14 as though fully set forth herein.

16. Paragraph 16 states a legal conclusion to which no response is required.

17. Claimant denies that plaintiff is entitled to relief as it relates to its interest in the real property identified as Mendocino County parcel numbers APN 051-290-04,

1  APN 051-300-02, 051-310-01 and APN 051-320-01, and more particularly described
2  in Exhibit A to the Complaint (the "Property"). Claimant lacks information and belief
3  sufficient to enable it to answer the remaining allegations stated in paragraph 17, and
4  therefore on that ground denies them.

### PRAYER FOR RELIEF

6  18. Claimant lacks information and belief sufficient to enable it to answer the
7  allegations stated in paragraph 18, and on that ground denies them.

### AFFIRMATIVE DEFENSES

9  19. Claimant alleges the following affirmative defenses to the allegations set
10 forth in the Complaint:

### FIRST AFFIRMATIVE DEFENSE

12 20. Claimant is an "innocent owner" as the term is used in 18 U.S.C.A. §
13 983(d), and the case law interpreting the same, therefore Claimant's interest in the
14 Property is not subject to forfeiture.

### SECOND AFFIRMATIVE DEFENSE

16 21. Forfeiture of Claimant's interest in the Property would constitute an
17 unconstitutional taking of Claimant's vested and recorded interest in the Property.

### AFFIRMATIVE DEFENSE PRAYER FOR RELIEF

19 22. WHEREFORE, Claimant requests that Claimant's interest in the Property
20 not be forfeited under any forfeiture statute. Should plaintiff prevail on its action and
21 acquire an interest in the Property, then plaintiff should take the Property subject to
22 Claimant's interest in the Property.
23 /
24 /
25 /
26 /
27 /
28

Claimant Barnum Timber Company's
Answer to Plaintiff's Amended Complaint            3


1  Dated: August 18, 2008.

2

3                                               Respectfully submitted,

4                                               MANNON, KING AND JOHNSON

5

6                                               By: /s/ Stephen F. Johnson

7                                                    Stephen F. Johnson

8                                               Attorneys for Claimant Barnum Timber
9                                               Company

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Mendocino, State of California, where this service occurs. I am over the age of eighteen years and not a party to the within action. My business address is Law Office of Mannon, King and Johnson, Post Office Box 419, Ukiah, California 95482.

On <u>August 18, 2008</u> I served the attached foregoing document, namely,

- CLAIMANT BARNUM TIMBER COMPANY'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT
- VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY

on the individual(s) listed below:

<u>X</u>   (BY MAIL) I mailed the document(s) listed above, with prepaid postage thereon, by placing them in the U.S. mail at Ukiah, California.

_____ (BY FAX) by transmitting the document(s) listed above via facsimile from (707)468-0284

AUSA Susan B. Gray
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue, 10th Fl, Box 36055
San Francisco, CA 954102

Courtesy copy via Fed Ex:
Honorable William H. Alsup
United States District Court
450 Golden Gate Ave.., 16th Fl., Rm 1111
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct. Executed on <u>August 18, 2008</u>, in Ukiah, California.

　　　　　　　　　　　　　　　　　　　/s/ Gretchen Anderson
　　　　　　　　　　　　　　　　　　Gretchen Anderson
　　　　　　　　　　　　　　　　　　Legal Assistant