Jonathan R. Howden (CA State Bar No. 97022)
Lynn Fiorentino (CA State Bar No. 226691)
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA  94105
jhowden@thelen.com
Tel. 415.369.7157
Fax 415.369.8683

Attorneys for CLAIMANT
DIANA MENDES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>         vs.<br><br>REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, APN 051-180-09 and APN 051-180-10, et al.,<br><br>                       Defendants. | Case No.: **CV 08-3093 WHA**<br><br>**VERIFIED STATEMENT OF INTEREST IN REAL PROPERTY** |

Pursuant to 18 U.S.C. §983(a)(4)(A) and pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, in response to the Amended Complaint for Forfeiture filed by Plaintiff July 29, 2008, Diana Mendes herein asserts her right to defend against the above-referenced action.  Claimant Diana Mendes has a legal interest in the defendant real property identified as Mendocino County parcel numbers APN 051-180-08, APN 051-190-05, APN 052-010-01, APN 052-010-02, APN 052-010-03, APN 052-010-09, APN 052-010-14, APN 052-010-15, APN 052-010-16,

1  APN 052-010-17 and Humboldt County parcel numbers APN 222-024-003 and APN 222-
2  025-003 as she has a valid, duly recorded note and deed of trust secured by each of the
3  aforesaid parcels and has a knowledgeable legal interest in said defendant properties.
4
5  Dated:  September 3, 2008        THELEN REID BROWN RAYSMAN & STEINER LLP
6
7                    By    /s/  Jonathan Howden
                           Jonathan Howden
                           Attorneys for Claimaint
8                          Diana Mendes

## VERIFICATION

UNITED STATES V. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, APN 051-180-09 AND APN 051-180-10, et al.
Case No. CV 08-3093 WHA

I, DIANA MENDES, declare and state as follows:

I have read the foregoing Verified Statement of Interest in Real Property and know the contents thereof. The contents of said Statement are true of my own knowledge, except as to those matters which are stated therein upon my information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury that the foregoing is true and correct, and that this Verification was executed this 29th day of August, 2008 at Fortuna, California.

*[signature]*
Diana Mendes