IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-209-04, 051-300-02, 051-310-01, 051-320-01, et al.,

    Defendants.

—————————————————/

PAUL SAYERS, GRAESON PRESCOTT, DIANA MENDES and BARNUM TIMBER COMPANY,

    Claimants.

—————————————————/

No. C 08-03093 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court **GRANTS** a one-week continuance of the case management conference and related initial disclosures deadlines. The case management conference is now set for **JANUARY 15, 2009, AT 3:00 P.M.**

    **IT IS SO ORDERED.**

Dated: January 7, 2009.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE