JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-7324
    Facsimile: (415) 4367234
    Email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>      v.<br><br>1. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-290-04, 051-300-02, 051-310-01, 051-320-01,<br><br>2. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17; REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY HUMBOLDT COUNTY APN 222-024-003, 222-025-003;<br><br>3. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09, 051-180-10.<br><br>                Defendants.<br><br>Paul Sayers, Graeson Prescott, Diana Mendes and Barnum Timber Company<br><br>                Claimants. | No. C 08-3093 WHA<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-290-04, 051-300-02, 051-310-01, 051-320-01** |

1  The United States of America is plaintiff. Defendant is Real Property and Improvements
2  identified by Mendocino County APN 051-290-04, 051-300-02, 051-310-01, 051-320-01
3  (hereafter "defendant property"). The owner of record, Robert Juan, has never filed a claim as to
4  the defendant property. The lien holder, Barnum Timber Company, filed a claim and an answer
5  as to the defendant property.
6  This stipulation of dismissal pertains only to defendant Real Property and Improvements
7  identified by Mendocino County APN 051-290-04, 051-300-02, 051-310-01, 051-320-01.
8  Counsel for the United States and counsel for Barnum Timber Company, Stephen F. Johnson,
9  agree, subject to the Court's approval, that this action be and hereby is dismissed as against
10 defendant property pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, with each party
11 to bear its own attorneys' fees and costs.
12 IT IS SO STIPULATED:
13 Dated: July 23, 2009                     _____/S/_____
                                             STEPHEN F. JOHNSON
14                                           Attorney for claimant Barnum Timber Company

16                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney

18                                           _____/S/_____
   Dated: July 23, 2009                      SUSAN B. GRAY
19                                           Assistant United States Attorney

20 Upon consideration of the foregoing, it is by the Court on this 24th day of July, 2009,
21 ordered that the case against defendant Real Property and Improvements identified by Mendocino
22 County APN 051-290-04, 051-300-02, 051-310-01, 051-320-01, is dismissed pursuant to Rule
23 41(a)(2), Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and
24 costs.
25 IT IS SO ORDERED.

27 DATED: July 24, 2009, 2009              _____
                                           WILLIAM ALSUP
                                           United States District Judge

*IT IS SO ORDERED — Judge William Alsup — United States District Court, Northern District of California*

C 08-3093 WHA Stipulation and Order of Dismissal          -2-