JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (163973)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: 415.436.7324
    Facsimile: 415.436.7234
    E-mail: susan.b.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-290-04, 051-300-02, 0510310-01, 051-320-01;<br><br>2. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17 AND HUMBOLDT COUNTY APN 222-024-003, 222-025-003;<br><br>3. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09, 051-180-10.<br><br>    Defendants. | No. C 08 3093 WHA<br><br>**STIPULATION AND ORDER RE INTERLOCUTORY SALE OF DEFENDANT REAL PROPERTY** |

    Plaintiff, United States of America, and claimant, Diana Mendes, through counsel Jonathan Howden, ("the parties") agree, subject to the Court's approval, to the interlocutory sale of the defendant real property, which is described as:

REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17 AND HUMBOLDT COUNTY APN 222-024-003, 222-025-003

(hereinafter "defendant real property") as follows:

1. On or about June 26, 2008, plaintiff commenced this forfeiture action against the defendant real property alleging that it was subject to forfeiture, pursuant Title 21, United States Code, Section 881(a)(7), as property which facilitated the cultivation of marijuana.

2. Lost Paradise Land Corporation (hereinafter "LPLC"), is the owner of record for the defendant real property. Lost Paradise Land Corporation has never filed a claim in this action. On September 15, 2009, the United States requested the Clerk to enter a default for the defendant real property, which if granted, will be followed by a Motion for Default Judgement.

3. Claimant Diana Mendes claims a secured interest in defendant real property pursuant to a note secured by a deed of trust to the defendant property. *See* Answer filed September 3, 2008. She is the only entity to appear in this case and make a claim to the defendant real property.

4. No payments have been made by LPLC on Claimant Mendes' note since June of 2008. Interest and late fees have been accruing since that time and the lack of timely payments. diminishes the equity in the property for both parties.

5. An interlocutory sale will prevent further accrual of debt on the note and deed of trust and will facilitate the prompt disposition of this forfeiture action.

6. The parties agree to an interlocutory sale of the defendant real property on the following terms:

    a. The United States Marshals Service shall sell and dispose of the defendant property in accordance with law. The Marshals Service may exercise their discretion to employ the services of a duly qualified agent and title company to facilitate the sale of the defendant property. Both the United States and Claimant Diana Mendes must approve the sales price of the

*STIPULATION AND ORDER RE INTERLOCUTORY SALE*
*[C 08-3093 WHA]*  2

defendant property before the property may be sold. The parties will not unreasonably withhold their approval of the sales price.

b. The net proceeds from the sale of the defendant real property shall be paid to the United States Marshals Service upon the close of escrow. "Net Proceeds" are defined in paragraph f. below.

c. Diana Mendes agrees to provide a release of her claims of the secured interest in defendant real property to the escrow officer at the title company handling the escrow for the interlocutory sale, along with directions to the escrow officer to record her release with the county recorder upon payment to the United States by the escrow officer of the net proceeds of the sale pursuant to the terms of this stipulation and order.

d. Upon receipt of the net proceeds of the sale of the defendant property, the United States Marshals Service shall deposit and maintain the net proceeds in an interest bearing account until further order of this court.

e. The net proceeds shall be deemed the substitute for the defendant real property and the claims of the respective parties shall apply against that substitute res. The parties to this stipulation and proposed order further reserve the right to challenge the merits of those claims in this proceeding.

f. The "net proceeds" of the sale of the defendant real property will be determined by deducting only the ordinary costs of sale, such as real estate commission, recording fees and other customary closing costs, but not including attorneys' fees. The United States must approve, in writing, the estimated closing costs before the closing can take place.

g. The United States will provide a release of its *lis pendens* on the defendant real property to the escrow officer at the title company handling the escrow along with directions to the escrow officer to record the release with the

///

*STIPULATION AND ORDER RE INTERLOCUTORY SALE*
*[C 08-3093 WHA]*   3

county recorder upon payment to the United States by the escrow officer of the net proceeds of the sale of the defendant real property as set forth above.

7. The United States reserves the right to approve any potential buyer and purchase price.

IT IS SO STIPULATED:

Dated: September 15, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

SUSAN B. GRAY
Assistant United States Attorney

Dated: 9-15-09

JONATHAN HOWDEN
Counsel for Claimant Diana Mendes

Dated: 9-15-09

Diana Mendes, Claimant, Lienholder

IT IS SO ORDERED ON THIS 29th DAY OF September, 2009, PURSUANT TO THE FOREGOING STIPULATION.

DATED: September 29, 2009

WILLIAM ALSUP
United States District Judge

IT IS SO ORDERED
Judge William Alsup

*STIPULATION AND ORDER RE INTERLOCUTORY SALE*
*[C 08-3093 WHA]*   4