ANN C. MOORMAN (CSB 130144)
LAW OFFICES OF ANN C. MOORMAN
308 S. School Street
Ukiah, California 94582
Telephone: 707-462-1844
Facsimile: 707-468-0522

Attorney for Claimant
PAUL SAYERS

UNTIED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNTIED STATS OF AMERICA, | Case No. CV 08-3093 WHA |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RESETTING CASE MANAGEMENT CONFERENCE |
| REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, APN 051-180-09, and APN 051-180-10, et al., | |
| Defendants. | |
| PAUL SAYERS, | |
| Claimant. | |

IT IS HEREBY STIPULATED between the plaintiff through its attorney, Susan Gray, Assistant United States Attorney, claimant Paul Sayers, through counsel Ann C. Moorman, claimant Graeson Prescott through his counsel Eugene C. Denson, and claimant Diana Mendes, through counsel Jonathan Howden, that the Case Management Conference in this matter now set for January 14, 2010 at 11:00 a.m. shall be reset for February 25, 2010 at 11:00 a.m. before the Honorable William H. Alsup. As the Court is aware, discovery in this matter is stayed due to an ongoing criminal investigation.

///

1    The parties jointly propose to the Court that the CMC be rescheduled to the date indicated

2    because it is more likely that  a more substantive report concerning the underlying criminal

3    investigation can be provided at that time rather than on the earlier date.

4    IT IS TO STIPULATED:

5
     Dated: January 5, 2010                          /s/  Ann C. Moorman
6                                                    ANN C. MOORMAN
                                                     Attorney for Claimant Paul Sayers
7

8
     Dated: January 6, 2010                          /s/ Eugene C. Denson
9                                                    EUGENE C. DENSON
                                                     Attorney for Claimant Graeson Prescott
10

11
     Dated: January 6, 2010                          /s/ Jonathan Howden
12                                                   JONATHAN HOWDEN
                                                     Attorney for Claimant Diana Mendes
13

14
     Dated: January 5, 2010                          /s/ Susan Gray
15                                                   SUSAN GRAY
                                                     Assistant United States Attorney
16

17

18                                          **ORDER**

19          BASED UPON THE ABOVE STIPULATION, AND FOR GOOD CAUSE APPEARING, IT

20   IS HEREBY ORDERED THAT the case management conference presently set for January 14, 2010

21   in the above-referenced matter shall be continued to February 25, 2010 at 11:00 a.m.. *

22

23   Dated: January 6, 2010.

24   _____
     HON. WILLIAM ALSUP
25   United States...

26

27

28   *  The parties should take notice that further requests to continue this CMC will not be honored.

     Stipulation and [Proposed] Order Resetting CMC