IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-03093 WHA |
| Plaintiff, | |
| v. | No. CR09-01134 CRB |
| | No. CR09-01135 MHP |
| 1. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-290-04, 051-300-02, 051-310-01, 051-320-01, | No. CR09-01140 MHP |
| | No. CR09-01141 CRB |
| 2. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, 051-190-05, 052-010-01, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17; REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY HUMBOLDT COUNTY APN 222-024-003, 222-025-003; | No. CR09-01142 JSW |
| | No. CR09-01143 SI |
| | **ORDER DECLINING TO RELATE CRIMINAL CASES** |
| 3. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09, 051-180-10 | |
| Defendants. | |
| PAUL SAYERS, GRAESON PRESCOTT, DIANA MENDES AND BARNUM TIMBER COMPANY, | |
| Claimants. | |

Judge Jeffrey White has declined to relate the above-numbered criminal cases to his civil forfeiture case. This order does likewise with respect to the civil forfeiture action pending before the undersigned.

It is curious that these criminal matters have all been filed separately and were not even related enough to each other to have been brought in a single action. Most of all, the tail would wag the dog for either of the civil forfeiture cases — which have both been stayed without activity due to these criminal proceedings — to serve as a basis to disturb the regular assignment of criminal cases. In sum, the above-numbered criminal cases are *not* related under Criminal Local Rule 8-1(b) to the civil forfeiture action pending before the undersigned.

**IT IS SO ORDERED.**

Dated: February 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE