IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-209-04, 051-300-02, 051-310-01, 051-320-01, et al.,

    Defendants.

_____/

PAUL SAYERS, GRAESON PRESCOTT, DIANA MENDES and BARNUM TIMBER COMPANY,

    Claimants.

_____/

No. C 08-03093 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The case management conference scheduled for November 18, 2010 is continued to **11:00 A.M. ON DECEMBER 16, 2010** as requested by claimants.

    **IT IS SO ORDERED.**

Dated: November 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE