MELINDA HAAG (CSBN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile: 415.436.7234
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>3. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09, 051-180-10, et. al,<br><br>    Defendants.<br><br>Paul Sayers, Graeson Prescott, Diana Mendes<br><br>    Claimants. | No. CV 08-3093 WHA<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br>and<br>[PROPOSED] ORDER<br><br>CMC Date: 16, 2010<br>Time: 11:00 a.m.<br><br>Courtroom 11, 19th Floor |

    Plaintiff, United States of America and claimants, Graeson Prescott and Paul Sayers, by and through their respective attorneys, respectfully submit this request to continue the Case Management Conference currently set for December 16, 2010. The parties stipulate and request a continuance for the reason set forth below.

    The court was previously advised that claimants Prescott and Sayers have entered into

1  plea agreements in a related criminal case in which they have agreed to forfeit one of the defendant
2  properties to which they filed a claim in this civil forfeiture action (real property and improvements
3  identified as APN # 051-180-09). The parties have also agreed to a proposed settlement in this civil
4  forfeiture action. A copy of the proposed settlement agreement between the United States and
5  claimants Prescott and Sayers is attached hereto as Exhibit A. The parties anticipated the settlement
6  agreement would be presented to the court on or before December 9, 2010. However, on December,
7  8, 2010, counsel for the United States and claimants Prescott and Sayers discovered that there is not
8  a seperate legal description for the specific parcel (APN #051-180-09) that claimants Prescott and
9  Sayers have agreed to forfeit. The only legal description available combines APN # 051-180-09 and
10  APN #051-180-10. The legal description of both parcels appears to have been combined when
11  Mendocino County renumbered the parcels. Without a specific legal description of the property to
12  be forfeited, an order of forfeiture can not be entered in this case. Accordingly, the United States has
13  requested the United States Marshal's Service to obtain a seperate legal description of APN # 051-
14  180-09. The Marshal's Service is expediting this request, but is not able to provide a specific date
15  when the new legal description will be available because a survey may be necessary.

16   The parties respectfully request that the case management conference set for
17  December 16, 2010, be continued for 30 days to allow the United States Marshal's to obtain a legal
18  description of APN #051-180-09. If the legal description becomes available before that date, the
19  parties will submit the attached settlement agreement for the Court's approval and the case, as it
20  pertains to claimants Prescott and Sayers, will be over.

21   Claimant Diana Mendes dose not object to the continuance.

23  DATED: December 8, 2010

24  /S/ *Susan B. Gray*
    SUSAN B. GRAY
25  Assistant United States Attorney

26  DATED: December 8, 2010

27  /S/ *Eugene Denson*
    EUGENE DENSON
28  Attorney for Graeson Prescott

Stipulation Re: CMC
No. CV 08-3093 WHA                2

DATED: December 8, 2010          /S/  *Ann Moorman*
                                 ANN MOORMAN
                                 Attorney for Claimant Paul Sayers

DATED: December 8, 2010          /S/  *Jonathan Howden*
                                 JONATHAN HOWDEN
                                 Attorney for Claimant Diana Mendes

**[PROPOSED] ORDER**

BASED ON THE FOREGOING STIPULATION, THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 16, 2010, AT 11:00 A.M. IS CONTINUED TO ___January 27___, 2011 AT __11:00 am__.

IT IS SO ORDERED



HONORABLE _____ ALSUP
United ...
Judge William Alsup

Stipulation Re: CMC
No. CV 08-3093 WHA                      3