1  MARK P. HARRIS (CSB 145493)
   1160 G Street, Suite B
2  Arcata, California 95521
   Telephone:  707-822-9506
3

4  Attorney for Claimant
   PAUL SAYERS
5

6
                    UNITED STATES DISTRICT COURT
7
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10 UNITED STATES OF AMERICA,         )   Case No.  CV 08-3093 WHA
                                     )
11                Plaintiff,         )
          v.                         )   SUBSTITUTION OF COUNSEL
12                                   )
   REAL PROPERTY AND IMPROVEMENTS    )
13 IDENTIFIED BY MENDOCINO COUNTY    )
   APN 051-180-08, APN 051-180-09, and )
14 APN 051-180-10, et al.,           )
                                     )
15                Defendant.         )
                                     )
16 PAUL SAYERS,                      )
                  Claimant.          )
17                                   )

18      Claimant Paul Sayers herein substitutes Mark P. Harris, Esq. as counsel of record in the

19 above-entitled matter.

20 DATED: December 23, 2010            /s/ Paul Sayers
                                      PAUL SAYERS
21      The undersigned accepts the above substitution.

22 DATED: December 23, 2010            /s/ Mark Harris
                                      MARK HARRIS, ESQ.
23      The undersigned consents to the above substitution.

24 DATED: December 23, 2010            /s/ Ann C. Moorman
                                      ANN C. MOORMAN, ESQ.
25

   **IT IS SO ORDERED:**
26
   DATED: January 3, 2011.
27                                     _____
                                      HONORABLE WILLIAM H. ALSUP
                                      United States District Court
28                                    Northern District of California

Substitution of Counsel