MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.7324
    Facsimile:  415.436.7234
    Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>3. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-09, 051-180-10, et. al,<br><br>    Defendants.<br><br>Paul Sayers, Graeson Prescott, Diana Mendes<br><br>    Claimants. | No. CV 08-3093 WHA<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>CMC Date January 27, 2011<br>Time:11:00 a.m.<br><br>Courtroom 11, 19th Floor |

    Plaintiff, United States of America and claimants, Graeson Prescott and Paul Sayers, by and through their respective attorneys, respectfully submit this request to continue the Case Management Conference currently set for January 27, 2011. The parties stipulate and request a continuance for the reason set forth below.

    The court was previously advised that claimants Prescott and Sayers have entered into plea agreements in a related criminal case in which they have agreed to forfeit one of the defendant

properties to which they filed a claim in this civil forfeiture action (real property and improvements identified as APN #051-180-09). The parties have also agreed to a proposed settlement in this civil forfeiture action.  A copy of the proposed settlement agreement between the United States and claimants Prescott and Sayers is attached hereto as Exhibit A.  The parties anticipated the settlement agreement would be presented to the court on or before December 9, 2010.  However, on December, 8, 2010, counsel for the United States and claimants Prescott and Sayers discovered that there is not a seperate legal description for the specific parcel (APN #051-180-09) that claimants Prescott and Sayers have agreed to forfeit.  The only legal description available combines APN # 051-180-09 and APN #051-180-10. The legal description of both parcels appears to have been combined when Mendocino County renumbered the parcels. Without a specific legal description of the property to be forfeited, a final order of forfeiture can not be entered in this case. Accordingly, the United States requested the United States Marshal's Service to obtain a seperate legal description of APN #051-180-09.  As of January 20, the date when the Case Management Conference Statement must be filed, the Marshal's Service has not been able to provide a new legal description of the property to be forfeited to the United States. The parties note that parcel number APN #051-180-09 is an extremely rural parcel, consisting of steep terraine, that can only be accessed via a dirt road.  During the wet winter months access is extremely difficult.

    The parties respectfully request that the case management conference set for January 27, 2011, be continued for an additional 30 days to allow the United States Marshal's to obtain a legal description of APN #051-180-09.  If the legal description becomes available before that date, the parties will submit the attached settlement agreement for the Court's approval and the case, as it pertains to claimants Prescott and Sayers, will be over.

    Claimant Diana Mendes dose not object to the continuance.

DATED: January 20, 2011

                                              _____/s/_____
                                              SUSAN B. GRAY
                                              Assistant United States Attorney

///

DATED: January 20, 2011

_____/s/_____
EUGENE DENSON
Attorney for Graeson Prescott

DATED: January 20, 2011

_____/s/_____
MARK HARRIS
Attorney for Claimant Paul Sayers

DATED: January 20, 2011

_____/s/_____
JONATHAN HOWDEN
Attorney for Claimant Diana Mendes

**[PROPOSED] ORDER**

BASED ON THE FOREGOING STIPULATION, THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 27, AT 11:00 A.M. IS CONTINUED TO \_February 17\_\_\_\_\_, 2011 AT \_11:00 AM\_.

IT IS SO ORDERED

_____
HONORABLE WILLIAM A. ALSUP
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*

Stipulation Re: CMC
No. CV 08-3093 WHA                3