UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CV 08-3093 WHA |
| Plaintiff, | ) | |
| | ) | ~~[PROPOSED]~~ |
| v. | ) | JUDGMENT OF FORFEITURE |
| | ) | |
| REAL PROPERTY AND | ) | |
| IMPROVEMENTS IDENTIFIED BY | ) | |
| MENDOCINO COUNTY APN 051-180-09, | ) | |
| 051-180-10. | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| Paul Sayers, Graeson Prescott, | ) | |
| | ) | |
| Claimants. | ) | |
| | ) | |

UPON CONSIDERATION of the Settlement Agreement, the entire record, and for good cause shown, it is by the Court on this  11th  day of February, 2011,

ORDERED, ADJUDGED AND DECREED that defendant real property and improvements identified by Mendocino County APN 051-180-09 be, and hereby is, FORFEITED to the United States for disposition by the Attorney General in accordance with law; and it is FURTHER ORDERED that the instant case be, and hereby is, DISMISSED **as to claimants Paul Sayers and Graeson Prescott**.

_____
HONORABLE WILLIAM  ALSUP
United States District Judge