IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 51-180-09, 051-180-10, et al.,

    Defendants.
    /

PAUL SAYERS, GRAESON PRESCOTT, DIANA MENDES,

    Claimants.
    /

No. C 08-03093 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference.

**IT IS SO ORDERED.**

Dated: February 14, 2011.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE