UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17; REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY HUMBOLDT COUNTY APN 222-024-003, 222-025-003<br><br>                Defendants.<br><br>Diana Mendes,<br><br>                Claimant. | No. 08-3093 WHA<br><br>SETTLEMENT AGREEMENT AND STIPULATED REQUEST FOR DISMISSAL (and) ORDER |

The parties stipulate and agree as follows:

1. Plaintiff is the United States of America ("United States"). Defendants are parcels of real property located in Mendocino County, identified by Mendocino County Assessor's Parcel Numbers APN 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17 and real property located in Humboldt County,

identified by Assessor's Parcel Numbers APN 222-024-003, 222-025-003 (hereinafter "defendant real property"). Lost Paradise Land Corporation was the owner of record for the defendant real property. After proper notification and publication was given, Diana Mendes, a lien holder on the defendant property (the "claimant") was the only person or entity to file a timely Claim to the defendant real property in this action.[1] As a result, only the claimant has a right to defend the defendant real property. The United States and the claimant are hereafter referred to as the "parties" in this document which is hereinafter referred to as the "Agreement."

2. After full and open discussion, the parties agree to resolve any and all claims by the plaintiff against the defendant real property, as well as against any and all past and present officials, employees and agents of the United States, including those at the United States Department of Justice, arising out of the facts alleged in the Complaint for Forfeiture filed on or about June 26, 2008.

3. The parties agree that the resolution of the lawsuit is based solely on the terms stated in this Agreement. It is expressly understood that this Agreement has been freely and voluntarily entered into by the parties. The parties further agree that there are no express or implied terms or conditions of settlement, whether oral or written, other than those set forth in this Agreement. This Agreement shall not be modified or supplemented except in writing signed by the parties.

4. The parties further agree that this Agreement does not constitute precedent on any legal issue for any purpose whatsoever, including all administrative proceedings and any lawsuits.

5. The parties agree that claimant releases and discharges and holds harmless the United States, as well as any past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the facts alleged in plaintiff's Complaint for Forfeiture.

---

[1] During the pendency of this action Diana Mendes foreclosed on the defendant real property and is now the owner of record.

Settlement Agreement
No. C 08-3093 WHA                                                    2

6. Claimant does not contest that the United States has sufficient evidence to support the forfeiture of the interests of Lost Paradise Land Corporation in the defendant real property. Claimant also recognizes that real property used or intend to be used, in any manner or part, to facilitate the commission of a violation of Title 21, United States Code, Section 841, is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(7).

7. The United States and claimant agree that each party shall pay its own attorneys' fees and costs.

8. Based on the foregoing Agreement between the United States and claimant, the parties agree that, subject to the Court's approval, this action against the defendant real property located in Mendocino County, identified by Mendocino County Assessor's Parcel Numbers APN 051-180-08, 051-190-05, 052-010-01, 052-010-02, 052-010-03, 052-010-09, 052-010-14, 052-010-15, 052-010-16, 052-010-17 and real property located in Humboldt County, identified by Assessor's Parcel Numbers APN 222-024-003, 222-025-003 hereby is DISMISSED.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

Dated: _February 28_, 2011

SUSAN GRAY
Assistant United States Attorney

Dated: _February 18_, 2011

JONATHAN HOWDEN
Attorney for Claimant Diana Mendes

Dated: _February 22_, 2011

DIANA MENDES
Claimant

BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS <u>FIRST</u> DAY OF ~~FEBRUARY~~, 2011.
MARCH

HONORABLE WILLIAM ALSUP
United States District Judge

Settlement Agreement
No. C 08-3093 WHA                3