IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

1. REAL PROPERTY AND IMPROVEMENTS IDENTIFIED BY MENDOCINO COUNTY APN 051-209-04, 051-300-02, 051-310-01, 051-320-01, et al.,

    Defendants.
_____/

PAUL SAYERS, GRAESON PRESCOTT, DIANA MENDES and BARNUM TIMBER COMPANY,

    Claimants.
_____/

No. C 08-03093 WHA

**ORDER REQUESTING STATUS REPORT**

    A case management conference was set for 11:00 a.m. on March 17, 2011, but no appearances were made. Following a series of settlements and voluntary dismissals, all parties have been terminated except for plaintiff, defendant Barnum Timber Company, and defendant Real Property and Improvements Identified by Mendocino County APN 051-180-09 and 051-180-10. The remaining parties shall file a status report by **NOON ON MARCH 21, 2011** stating whether there are any outstanding issues that require resolution or whether the case may be closed.

    **IT IS SO ORDERED.**

Dated: March 17, 2011.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE