1

2

3

4                          IN THE UNITED STATES DISTRICT COURT

5

6                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8     UNITED STATES OF AMERICA,

9              Plaintiff,                               No. C 08-03093 WHA

10    v.

11    1.  REAL PROPERTY AND IMPROVEMENTS
      IDENTIFIED BY MENDOCINO COUNTY
12    APN 051-209-04, 051-300-02, 051-310-01,            **ORDER CLOSING CASE**
      051-320-01, *et al.*,
13
14            Defendants.
                                                    /
15    PAUL SAYERS, GRAESON PRESCOTT,
16    DIANA MENDES and BARNUM TIMBER
      COMPANY,
17            Claimants.
                                                    /
18

19            Having reviewed the March 18 status report, this order finds that there are no issues left to

20    resolve in this action.  **THE CLERK SHALL CLOSE THE FILE.**

21

22            **IT IS SO ORDERED.**

23

24    Dated:  March 18, 2011.
                                          _____
25                                        WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE
26

27

28

**United States District Court**
For the Northern District of California