IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY AND IMPROVEMENTS BY MENDOCINO COUNTY, APN 041-180-09, 051-10,<br><br>Defendants. | No. C 08-03093 WHA<br><br>**ORDER AMENDING JUDGMENT OF FORFEITURE** |

The United States has filed an administrative motion to amend the February 2011 judgment of forfeiture in the above-captioned matter as two parcel numbers were inadvertently omitted from the stipulated settlement agreement. No objection was filed. It is hereby ordered that the defendant real property and improvements identified by Mendocino County APN No. 051-180-09, as described in Exhibit A attached hereto, is **FORFEITED** to the United States for disposition by the Attorney General in accordance with the law.

**IT IS SO ORDERED.**

Dated: September 21, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE